IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR372 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JASON M. SEATON, | ) | |
| | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR374 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BEVERLY S. DOANE, | ) | |
| | ) | |
| Defendant. | ) | |

These matters are before the court on the motions of the government to consolidate these cases for trial (Filing No. 13 in 8:08CR372 and Filing No. 19 in 8:08CR374). The court held a telephone conference with counsel on April 22, 2009, during which counsel for the defendants had no objections to the motions. Accordingly, the motions will be granted.

During the conference, the parties indicated a desire to waive trial by jury. Upon the filing of their written consents, the waivers will be granted.

**IT IS ORDERED:**

1. The government's motions to consolidate these matters for trial (Filing No. 13 in 8:08CR372 and Filing No. 19 in 8:08CR374) are granted.

2. The consolidated trial of these matters will commence **at 8:30 a.m. on May 14, 2009,** before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendants must be present for trial.

3. The government shall file and serve on opposing counsel <u>at least</u> five working days before the first day scheduled for trial, as appropriate, all trial briefs, suggested verdict forms, proposed findings of fact and conclusions of law, an exhibit list, and a witness list. The procedure for the submission of exhibits is set forth below.

4. The defendants are encouraged to submit to the undersigned magistrate judge's chambers at least five working days before trial a trial brief, proposed findings of fact and conclusions of law, any discovery material to be used at trial, a witness list, and an exhibit notebook. Any materials so submitted shall not be disclosed to the government unless the defendants specify otherwise.

5. All exhibits must be pre-marked with stickers that indicate whether the government or the defendant is offering the exhibit. The government's exhibits shall begin with the number "1" and shall be numbered consecutively. If the government's last exhibit is a two-digit number (e.g., "34"), the defendant's first exhibit number shall be "100." If the government's last exhibit number is a three-digit number, the defendant's first exhibit number shall be a three-digit number rounded up to the next hundred. Thus, if the government's last exhibit number is "134," the defendant's first exhibit number would be "200."

6. Parties must deliver to the undersigned magistrate judge's chambers **at least five working days before the first day** scheduled for trial copies of all exhibits in a three-ring binder organized for use by dividers or tabs.

7. Counsel shall notify the courtroom deputy at least a week in advance if the services of an interpreter will be required for trial.

DATED this 22nd day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge