## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>)<br>Plaintiff,    )<br>)<br>vs.    )<br>)<br>JASON M. SEATON,    )<br>)<br>Defendant.    ) | 8:08CR372<br><br>ORDER |

The defendant's Motion to Continue (Filing No. 37) is granted.

**IT IS ORDERED** that the Sentencing Hearing is continued to **December 22, 2009,** at **1:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 10th day of December, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge