UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:08CR372 |
| | ) | |
| **Plaintiff,** | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| **JASON M. SEATON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

     There is pending a request that a condition of probation, i.e., a ban on hunting, be eliminated from the conditions of probation of the offender, Jason M. Seaton.  If there is objection to the elimination of the referenced condition of probation, objection must be filed and a hearing requested by filing such notice **on or before September 23, 2010.**

     IT IS SO ORDERED.

     DATED this 14th day of September, 2010.

                                                    BY THE COURT:

                                                  s/Thomas D. Thalken
                                                  United States Magistrate Judge