IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                             )<br>            Plaintiff,                        )<br>                                                             )<br>vs.                                               )<br>                                                             )<br>JASON M. SEATON,                      )<br>BEVERLY S. DOANE,                   )<br>                                                             )<br>            Defendants.                 ) | Case No.  8:08CR372 / 374<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the government shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibits Numbers 1-25 from trial held May 15, 2009

If counsel for the government fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 12th day of January, 2011.

s/ Thomas D. Thalken
United States Magistrate Judge